

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00749-CV

**CONSULTANTS IN PAIN MEDICINE, PLLC** and David Blanton,
Appellants

v.

**ELLEN BOYLE DUNCAN, PLLC** and Ellen Boyle Duncan, M.D.,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-CI-04954
Honorable Laura Salinas, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RODRIGUEZ, AND CHIEF JUSTICE
MARION (RET.)[1]

This is an appeal from interlocutory orders signed by the trial court on October 20, 2022, entitled (1) "Order Denying Defendants' Motion to Dismiss Under the Texas Citizens Participation Act," (2) "Order Regarding Plaintiffs' Objections to the Declaration of David Blanton," and (3) "Order on Defendants' Objections to the Declaration of Ellen Boyle Duncan, M.D., Individually and as Sole Member of Ellen Boyle Duncan, PLLC."

In accordance with this court's opinion of this date, the trial court's Order Regarding Plaintiffs' Objections to the Declaration of David Blanton and its Order on Defendants' Objections to the Declaration of Ellen Boyle Duncan, M.D., Individually and as Sole Member of Ellen Boyle Duncan, PLLC are **AFFIRMED**. The trial court's Order Denying Defendants' Motion to Dismiss Under the Texas Citizens Participation Act is **AFFIRMED IN PART** as to the portion of that order denying appellants' motion to dismiss, and the order is **REVERSED IN PART** as to the portion of that order awarding attorney's fees to appellees. We **RENDER** judgment denying appellees' request for attorney's fees and costs.

It is **ORDERED** that each party shall bear its own costs of appeal.

---

[1] Retired Fourth Court of Appeals Chief Justice Sandee Bryan Marion sitting by assignment. *See* TEX. GOV'T CODE ANN. § 74.003.

SIGNED March 13, 2024.

_____
Rebeca C. Martinez, Chief Justice